```
 1  CHRIS R. OTTENWELLER (SBN 73649)
    cottenweller@orrick.com
 2  VICKIE L. FEEMAN (SBN 177487)
    vfeeman@orrick.com
 3  JESSE Y. CHENG (SBN 259909)
    jcheng@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
 5  Menlo Park, CA  94025
    Telephone:  +1-650-614-7400
 6  Facsimile:  +1-650-614-7401

 7  SETH E. FREILICH (SBN 217321)
    sfreilich@orrick.com
 8  ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
 9  Los Angeles, CA  90017
    Telephone:  +1-213-629-2020
10  Facsimile:  +1-213-612-2499

11  Attorneys for Defendant
    EMC CORPORATION
12
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AUTHENEX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EMC CORPORATION, a Massachusetts corporation; VASCO DATA SECURITY INTERNATIONAL, INC., a Delaware corporation; and VASCO DATA SECURITY, INC., a Delaware corporation.<br><br>Defendants. | Case No.: CV10-1251 MRP (VBKx)<br><br>**DEFENDANT EMC CORPORATION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 7,519,989**<br><br>Hearing Date: January 24, 2011<br>Time:             11:00 a.m.<br>Courtroom:    12<br><br>Honorable Mariana R. Pfaelzer |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 24, 2011 at 11:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 12 of the Honorable Mariana R. Pfaelzer, located at 312 North Spring Street, Los Angeles, California, Defendant EMC Corporation ("EMC") will, and hereby does, respectfully move, pursuant to Federal Rule of Civil Procedure 56 and Civil Local Rules 7 and 56, for summary judgment in favor of EMC and against Plaintiff Authenex, Inc. ("Authenex") on all of Authenex's claims, declaring that EMC's RSA SecurID 800 ("SecurID 800") does not infringe claims 1, 2, 3 and 24 of Authenex's U.S. Patent No. 7,519,989 (the "'989 patent"). Summary judgment is appropriate because the SecurID 800 does not include structurally separate and distinct display and body portions that are fixedly attached to one another and does not display a group of characters consisting of both letters and numbers. Accordingly, the accused SecurID 800 does not practice the "body portion," "display portion," "the display portion is fixedly attached to the body portion" or "a display for displaying alphanumeric characters" limitations of claims 1, 2, 3 and 24 of the '989 patent.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 14, 2010.

This motion is based on the notice of motion, the accompanying Memorandum of Points and Authorities, the Statement of Uncontroverted Facts and Conclusions of Law, the supporting declaration and evidence attached thereto, the Notice of Lodging and RSA SecurID 800 lodged with the Court, and any other evidence the Court deems proper and just.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: December 6, 2010 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

_/s/ Chris R. Ottenweller_
Chris R. Ottenweller

Attorneys for Defendant
EMC CORPORATION

**Of Counsel:**
Krish Gupta, Esq.
William Clark, Esq.
EMC Corporation
176 South Street
Hopkinton, MA 01748