| | |
|---|---|
| 1 | Jeremy S. Pitcock (admitted *pro hac vice*) |
| | jpitcock@pitcocklawgroup.com |
| 2 | **THE PITCOCK LAW GROUP** |
| | 1501 Broadway, 12th Floor |
| 3 | New York, New York 10036 |
| | Tel: (646) 571-2237 |
| 4 | Fax: (646) 571-2001 |
| 5 | David R. Stevens (SBN 170123) |
| | dave.stevens@stevenslawgroup.com |
| 6 | **STEVENS LAW GROUP** |
| | 1754 Technology Dr., Suite 226 |
| 7 | San Jose, California 95110 |
| | Tel: (408) 288-7588 |
| 8 | Fax:(408) 288-7542 |
| 9 | Attorneys for Plaintiff AUTHENEX, INC. |
| | (*Additional counsel listed on signature page*.) |
| 10 | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| AUTHENEX, INC., a Delaware corporation, | Case No.: **CV 10-01251-MRP (VBKx)** |
| Plaintiff, | **PLAINTIFF AUTHENEX, INC.'S NOTICE OF APPEAL** |
| v. | Judge: Hon. Mariana R. Pfaelzer |
| EMC CORPORATION, a Massachusetts corporation, VASCO DATA SECURITY INTERNATIONAL, INC., a Delaware Corporation; and VASCO DATA SECURITY, INC., a Delaware corporation. | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Pursuant to Federal Rule of Appellate Procedure 4, notice is hereby given that Plaintiff Authenex, Inc. in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from:

1. the Court's Claim Construction Order dated October 7, 2010 (Docket No. 78) (attached as Exhibit A);

2. the Court's Order dated February 11, 2011 (Docket No. 144) denying Authenex's Motion for Reconsideration of the Court's Claim Construction Order(Docket No. 108)(attached as Exhibit B);

3. the Court's Order dated February 16, 2011 (Docket No. 153) granting EMC Corporation's Motion for Summary Judgment of Non-Infringement of Unites States Patent No. 7,519,989 (Docket No. 88) (attached as Exhibit C);

copied of which are attached as exhibits hereto, and all other adverse appealable orders, rulings, finding and judgments entered in this action. A service list for the case is attached as Exhibit D.

Date: March 17, 2011            THE PITCOCK LAW GROUP

                                By:     /s/ Jeremy S. Pitcock
                                         Jeremy S. Pitcock
                                Attorney for Plaintiff AUTHENEX, INC.

ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF AUTHENEX, INC.

Jennifer L. Ishimoto (SBN 211845)
ishimoto@banishlaw.com
**BANIE & ISHIMOTO LLP**
600 Chesapeake Drive
Redwood City, CA 94063
Tel: (650)549-5660

- 1 -