JS-6

CHRIS R. OTTENWELLER (SBN 73649)
cottenweller@orrick.com
VICKIE L. FEEMAN (SBN 177487)
vfeeman@orrick.com
JESSE Y. CHENG (SBN 259909)
jcheng@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401

SETH E. FREILICH (STATE BAR NO. 217321)
sfreilich@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855
Telephone:  (213) 629-2020
Facsimile:   (213) 612-2499

Attorneys for Defendant EMC CORPORATION

FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AUTHENEX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EMC CORPORATION, a Massachusetts corporation,<br><br>Defendant. | Case No.  CV 10-1251 MRP (VBKx)<br><br>[PROPOSED] FINAL JUDGMENT<br><br>Judge :  Hon. Marianna R. Pfaelzer<br><br>Hearing Date:  May 9, 2011<br>Time:           11:00 a.m.<br>Courtroom:   12 |

Plaintiff Authenex, Inc. ("Authenex") has accused defendant EMC Corporation ("EMC") of infringing United States Patent No. 7,519,989 (the " '989 Patent"). On October 7, 2010, this Court issued its Claim Construction Order (docket no. 78) construing various terms of the '989 Patent. EMC subsequently moved for summary judgment of non-infringement of all asserted claims based on the Court's claim construction (docket no. 88). On February 16, 2011, the Court granted EMC's motion for summary judgment on the grounds that the accused product does not practice the "display portion," "body portion" and "alphanumeric characters" limitations of the '989 Patent (docket no. 153).

As set forth in the Court's Order granting EMC's motion, under the Court's claim constructions Authenex cannot prove that EMC's devices infringe any of the asserted claims – directly or indirectly, literally or under the doctrine of equivalents – because EMC's accused products do not include a "body portion" and "display portion" and do not display "alphanumeric characters."

Accordingly, EMC is entitled to final judgment of non-infringement and such final judgment of non-infringement is hereby entered in favor of EMC and against Authenex on Authenex's claims of infringement of the '989 Patent and on EMC's counterclaim for declaratory judgment of non-infringement of the '989 Patent. Additionally, costs are hereby awarded to EMC as the prevailing party.

**IT IS SO ORDERED.**

Dated: May 16, 2011

Honorable Marianna R. Pfaelzer
United States District Court Judge