NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**AUTHENX, INC.,**
*Plaintiff-Appellant,*

v.

**EMC CORPORATION,**
*Defendant-Appellee.*

2011-1264

Appeal from the United States District Court for the Central District of California in case no. 10-CV-1251, Senior Judge Mariana R. Pfaelzer.

**AUTHENX, INC.,**
*Plaintiff-Appellant,*

v.

**EMC CORPORATION,**
*Defendant-Appellee.*

2011-1398

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 1 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AUTHENEX v. EMC CORP     2

    Appeal from the United States District Court for the Central District of California in case no. 10-CV-1251, Senior Judge Mariana R. Pfaelzer.

---

Before NEWMAN, SCHALL, and DYK, *Circuit Judges*.

PER CURIAM.

# ORDER

    Authenex, Inc. responds to this court's order directing it to show cause why its appeal in 2011-1264 should not be dismissed as premature.

    Appeal 2011-1264 was filed after the district court granted summary judgment of noninfringement but before the district court entered a final judgment or ruled on pending counterclaims of noninfringement and invalidity. Authenex states that the district court recently filed a final judgment resolving all claims in the case and Authenex filed another appeal, 2011-1398, seeking review of the final judgment.

    Accordingly,

    IT IS ORDERED THAT:

    (1) Appeal 2011-1264 is dismissed as premature.

    (2) Authenex's opening brief in 2011-1398 is due within 30 days of the date of filing of this order.

FOR THE COURT

JUL 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jeremy S. Pitcock, Esq.
    Chris R. Ottenweller, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 07 2011

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** AUG 1 5 2011

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 8/15/11